AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED
2016 MAY -6 P 3:48

| United States of America | ) |
| v. | ) |
| Jose Pinto | ) Case No. 1:16-MC-37-JD |
| Gina Fonte | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 8, 2015 & March 24, 2016__ in the county of __Hillsborough__ in the __Pelham__ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1001(a)(1),(2)&(3) | Fraud and False Statements, statements or entries generally; |
| 18 USC 1701, | Obstruction of mails generally; |
| 42 USC 1320d-6(1),(2),&(3) | Knowingly obtains, uses or discloses individually identifiable health information to another person; |
| Privacy Act of 1974 | Discloses records without prior written consent. |

This criminal complaint is based on these facts:

The above named defendants made false representations and impersonations to stop mail delivery to Complainant. The defendants knowingly and willfully obtained, used and disclosed individually identifiable health information without prior knowledge or written consent from Complainant.

☐ Continued on the attached sheet.

603-818-6402 _[signature]_
Complainant's signature

Paula Bertini, Pro-se
Printed name and title

Mail being held @ post office 2 Edwards Drive Pelham NH 03076

FREDRIC M JOHNSON
Notary Public, New Hampshire
My Commission Expires May 8, 2019

Sworn to before me and signed in my presence.

Date: 5/6/16

City and state: Concord, NH

_[signature]_
Judge's signature
Notary
Fredric Johnson
Printed name and title